UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MOORE,

                Plaintiff,

    -against-

NYC HEALTH HOSPITAL ET AL.,

                Defendants.

18-CV-496

ORDER OF SERVICE

J. PAUL OETKEN, United States District Judge:

    To allow Plaintiff to effect service on Defendant C.O. Jones through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant.

    It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

    The Clerk of Court is instructed to complete the USM-285 forms with the address for C.O. Jones and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated:  October 21, 2020
           New York, New York

                                        J. PAUL OETKEN
                                        United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

Jayvon Jones
277 W 19th Street
Deer Park, NY 11729