```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MOORE,

      Plaintiff,

-against-

NYC HEALTH HOSPITAL, et al.,

      Defendants.

1-18-CV-0496 (JPO) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A telephonic Case Management Conference was held on June 30, 2021 at 11:30 a.m. whereby the court ordered that Defense Counsel (1) mail Judge Oetken's decision regarding Defendant's Motion to Dismiss (ECF No. 60.) to Plaintiff and file an affidavit of order of service, and (2) provide an update to the court no later than July 14, 2021 about your additional efforts to contact Corrections Officer Jones now that he has been served by the Marshalls.

      A telephonic Case Management Conference in this matter is hereby scheduled for **Thursday, August 5, 2021 at 3:00 p.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the Five Points Correctional Facility produce plaintiff **Daniel Moore., DIN #19-A-0114,** on **August 5, 2021, no later than 3:00 p.m.,** to a suitable location within the Five Points Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Five Points Correctional Facility to arrange the call and determine the telephone number at

which the plaintiff will be reachable at the above time and date; (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: July 1, 2021
New York, New York

**SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**