USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MOORE,

    Plaintiff,

-against-

NYC HEALTH HOSPITAL, et al.,

    Defendants.

1-18-CV-0496 (JPO) (KHP)

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

The telephonic Case Management conference in this matter currently scheduled for August 5, 2021 at 3:00 p.m. is hereby adjourned to **Thursday, September 16, 2021 at 11:00 a.m.**

It is hereby **ORDERED** that the Warden or other official in charge of the Five Points Correctional Facility produce plaintiff **Daniel Moore., DIN #19-A-0114, on September 16, 2021, no later than 11:00 a.m.,** to a suitable location within the Five Points Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Bare Hill Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; (3) call into Judge Parker's **AT&T teleconference line (866) 434-5269, Access Code: 4858267,** with the plaintiff on the line, at the time and date of the conference.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: August 4, 2021
       New York, New York

SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**