USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MOORE,<br><br>        Plaintiff,<br><br>-against-<br><br>NYC HEALTH HOSPITAL, et al.,<br><br>        Defendants. | 1-18-CV-0496 (JPO) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

A telephonic Case Management Conference was held on June 30, 2021 at 11:30 a.m. whereby the court ordered that Defense Counsel (1) mail Judge Oetken's decision regarding Defendant's Motion to Dismiss (ECF No. 60.) to Plaintiff and file an affidavit of order of service, and (2) provide an update to the court no later than July 14, 2021 about your additional efforts to contact Corrections Officer Jones now that he has been served by the Marshalls. Counsel has not complied with the Court's orders. Counsel is required to respond by Tuesday, August 10, 2021 or be subject to sanctions.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: August 10, 2021
       New York, New York

                                  **SO ORDERED**.

                                  *[signature]*

                                  **KATHARINE H. PARKER**
                                  **United States Magistrate Judge**