```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MOORE,

    Plaintiff,

-against-

 NYC HEALTH HOSPITAL, et al.,

    Defendants.

1-18-CV-0496 (JPO) (KHP)

**ORDER SCHEDULING DISCOVERY
CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

   A telephonic Discovery conference in this matter is hereby scheduled for **Monday,
January 31, 2022 at 12:00 p.m.**

   It is hereby **ORDERED** that the Warden or other official in charge of the Sing Sing
Correctional Facility produce plaintiff **Daniel Moore., DIN #19-A-0114, on January 31, 2022, no
later than 12:00 p.m.,** to a suitable location within the Sing Sing Correctional Facility that is
equipped with a telephone, for the purpose of participating by telephone in a conference with
the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the
Warden or the Warden's designee should promptly inform chambers by calling (212)
805-0234.

   Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact
the Bare Hill Correctional Facility to arrange the call and determine the telephone number at
which the plaintiff will be reachable at the above time and date; (3) call into Judge Parker's
**AT&T teleconference line (866) 434-5269, Access Code: 4858267,** with the plaintiff on the
line, at the time and date of the conference.

   **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: December 2, 2021
      New York, New York

SO ORDERED.

_____

**KATHARINE H. PARKER**
**United States Magistrate Judge**