```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MOORE,

                Plaintiff,

-against-

NYC HEALTH + HOSPITAL, et al.,

                Defendants.

18-CV-0496 (JPO) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the March 28, 2023 Case Management Conference:

The deadline for all discovery is **Monday, July 31, 2023.** The parties shall file a joint status letter updating the Court on the status of discovery on **Friday, April 28, 2023**. The letter shall state whether the parties would like the Court to schedule a settlement conference.

Additionally, the Court notes that the docket lists two addresses for Plaintiff. Plaintiff's correct address is:  Daniel Moore, 19-A-0114, Green Haven Correctional Facility, 594 Rt. 216, Stormville, NY 12582-0010.  The Court notes that the copy of the Report and Recommendation at ECF No. 97 was initially inadvertently sent to the incorrect address at Sing Sing Correctional Facility, and Plaintiff did not receive the mailing until March 21, 2023. **The Clerk of the Court is respectfully directed to update the docket to remove the Sing Sing address, and to ensure that the only address listed for Plaintiff is the Green Haven address. The Clerk of the Court is respectfully directed to mail a copy of this order to Plaintiff at the Green Haven address.**

**SO ORDERED.**

DATED:    New York, New York
              March 28, 2023

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge