USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MOORE,<br><br>                                Plaintiff,<br><br>-against-<br><br>NYC HEALTH + HOSPITAL, et al.,<br><br>                                Defendants. | 18-CV-0496 (JGLC) (KHP)<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed at the July 20, 2023 Case Management Conference, the parties have reached a settlement in principle. By **Thursday, July 27, 2023**, Defendants shall mail Plaintiff the paperwork necessary to formalize the settlement agreement.

Defendants shall file the following status updates with the Court: (i) a status update on **Wednesday, August 2, 2023** confirming that the relevant paperwork has been sent to Plaintiff; (ii) a status update within one week of receiving the signed paperwork from Plaintiff; (iii) a status update within one week of payment being made to Plaintiff.

Plaintiff is reminded to alert the Court in the event his address changes in order to ensure that he receives the paperwork and check from Defendants. The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

              SO ORDERED.

DATED:     New York, New York
                July 21, 2023                                          *Katharine H. Parker*
                                                                                  KATHARINE H. PARKER
                                                                                  United States Magistrate Judge